UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARIO JARAMILLO**<br><br>**Plaintiff,**<br><br>v.<br><br>**SUN WEST MORTGAGE COMPANY, INC.**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§   Civil Action No.: 5:18-CV-00903-OLG<br>§<br>§<br>§<br>§<br>§ |

## NOTICE

Defendant Sun West Mortgage Company, Inc. ("Sun West") hereby informs the Court that, on this same date, it served Plaintiffs with Answers and Responses to the latter's Sets of Interrogatories, Requests for Production of Documents, and Requests for Admission.

**WHEREFORE**, Sun West respectfully moves the Court to take notice hereof.

DATED: March 21, 2019

Respectfully Submitted,

*/s/ Eric A. Pullen*
Eric A. Pullen
Texas State Bar No. 24007881
epullen@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

– and –

*/s/ Dora L. Monserrate*
Dora L. Monserrate
Puerto Rico Bar No.11,661
dmonserrate@msglawpr.com

>Fernando J. Gierbolini
>Puerto Rico Bar No.11,375
>fgierbolini@mgslawpr.com
>Richard J. Schell
>Puerto Rico Bar No. 21,041
>rschell@msglawpr.com
>**MONSERRATE SIMONET & GIERBOLINI, LLC**
>101 Ave. San Patricio, Suite 1120
>Guaynabo, Puerto Rico 00968
>(787) 620-5300 Telephone
>(787) 620-5305 Facsimile
>
>**ATTORNEYS FOR DEFENDANT SUN WEST MORTGAGE COMPANY, INC.**

## CERTIFICATE OF SERVICE

I certify that on the **21st** day of **March 2019**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve all attorneys of record with a true and faithful copy thereof.

>*/s/ Dora L. Monserrate*
>Dora L. Monserrate