# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MARIO JARAMILLO,<br><br>Plaintiff,<br><br>v.<br><br>SUN WEST MORTGAGE COMPANY, INC.,<br><br>Defendant. | Case No. 5:18-cv-00903-OLG<br><br>Honorable Judge Orlando L. Garcia |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Mario Jaramillo and the Defendant, Sun West Mortgage Company, Inc. through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: January 14, 2020                                   Respectfully Submitted,

**MARIO JARAMILLO**                                       **SUN WEST MORTGAGE COMPANY, INC.**

*/s/ Marwan R. Daher*                                     */s/ Eric A. Pullen (with consent)*
Marwan R. Daher                                           Eric A. Pullen
*Counsel for Plaintiff*                                   *Counsel for Defendant*
Sulaiman Law Group, LTD                                   Pulman, Cappuccio, & Pullen, LLP
2500 S. Highland Ave., Ste. 200                           2161 NW Military Highway, Suite 400
Lombard, Illinois 60148                                   San Antonio, Texas 78213
Phone: (630) 575-8181                                     Phone: (210) 222-9494
mdaher@sulaimanlaw.com                                    epullen@pulmanlaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                  */s/ Marwan R. Daher*
                  Marwan R. Daher