**FILED**

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

JAN 1 5 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| MARIO JARAMILLO, | |
| Plaintiff, | Case No. 5:18-cv-00903-OLG |
| v. | |
| SUN WEST MORTGAGE COMPANY, INC., | Honorable Judge Orlando L. Garcia |
| Defendant. | |

## ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, Mario Jaramillo ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd. having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: 1/15/2020

_____
Judge, U.S. District Court